**STATES STEAMSHIP COMPANY, a corporation, Plaintiff,**

v.

**AETNA INSURANCE COMPANY, a corporation, Defendant.**

**No. C–83–2508–SW.**

United States District Court,
N.D. California,
Ninth Division.

Sept. 23, 1985.

Peter A. Lindh, San Francisco, Cal., for plaintiff.

Derby, Cook, Quinby & Tweedt, San Francisco, Cal., for defendant.

ORDER VACATING ORDER OF FEBRU-ARY 21, 1985, GRANTING PLAIN-TIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DE-NYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDG-MENT AND MEMORANDUM OF MAY 29, 1985

SPENCER WILLIAMS, District Judge.

Good cause appearing, and in the interests of justice, it is ordered that the court's Order of February 21, 1985, Granting Plaintiff's Motion For Partial Summary Judgment and Denying Defendant's Motion for Partial Summary Judgment and Memorandum of May 29, 1985, 59 B.R. 314, granting plaintiff's motion for partial summary judgment be, and hereby are, VACATED.